74829

Page 1

# REPORTER'S RECORD
## VOLUME 73 of 84 VOLUMES

TRIAL COURT CAUSE NO. 20020D00230

| | | |
|---|---|---|
| THE STATE OF TEXAS, | ) | IN THE DISTRICT COURT OF |
| Plaintiff | ) | |
| VS. | ) | EL PASO COUNTY, TEXAS |
| | ) | |
| DAVID RENTERIA, | ) | |
| Defendant | ) | 41st JUDICIAL DISTRICT |

FILED IN
COURT OF CRIMINAL APPEALS
JUN 0 4 2009
Louise Pearson, Clerk

------------------------------------

Jury Trial
May 7, 2008
Verdict of the Jury on Punishment

------------------------------------

On the 22nd day of APRIL 2008 the following proceedings came on to be heard in the above-entitled and numbered cause before the Honorable Mary Anne Bramblett, Judge Presiding, held in El Paso, El Paso County, Texas:

Proceedings reported by machine shorthand.

ORIGINAL

*Lisa Marie De Melio, CSR*
*Official Court Reporter - Council of Judges Administration*

## APPEARANCES

```
Lori Hughes            SBOT NO. 00786275
Diana Meraz            SBOT NO. 13942600
Jaime Esparza          SBOT NO. 06666450
Office of the District Attorney
500 East San Antonio, Room 201
El Paso, Texas  79901
Phone: (915) 546-2059
Fax:   (915) 533-5520
ATTORNEYS FOR THE STATE OF TEXAS


Jaime Gandara          SBOT NO. 07611900
Edythe Payan           SBOT NO. 00791415
Greg Velasquez         SBOT NO. 20540300
Office of the Public Defender
500 East San Antonio, # 501
El Paso, Texas  79901
Phone: (915) 546-8185
Fax:   (915) 546-8186
ATTORNEYS FOR THE DEFENDANT
```

CHRONOLOGICAL INDEX
VOLUME 73 OF 84 VOLUMES
Verdict of the Jury on Punishment

|  | PAGE | VOL. |
|---|---|---|
| Wednesday, May 7, 2008 | 004 | 73 |
| Verdict of the Jury on Punishment | 004 | 73 |
| Jury Polled | 005 | 73 |
| Adjourned | 006 | 73 |
| Reporter's Certificate | 007 | 73 |

```
 1                    (Wednesday, May 7, 2008).
 2                    (Open Court, defendant present, jury is
 3   present)
 4                    THE COURT:  Good morning, ladies and
 5   gentlemen.
 6                    JURORS:  Good morning, Your Honor.
 7                    THE COURT:  Has the jury reached a verdict?
 8                    PRESIDING JUROR:  Yes, we have, Your Honor.
 9                    THE COURT:  Please hand the charge to the
10   Bailiff.
11                    (Brief pause)
12                    THE COURT:  Would the defendant please rise.
13                    (Defendant complies)
14                    THE COURT:  Special issue number one.
15                    Answer:  We, the jury, unanimously find and
16   determine beyond a reasonable doubt that the answer to this
17   special issue is yes.
18                    Special issue number two.
19                    Answer:  We, the jury, unanimously find that
20   the answer to this special issue is no.
21                    You may be seated.
22                    Does the -- Mr. Gandara, do you wish to have
23   the jury polled?
24                    MR. GANDARA:  Yes, Your Honor.
25                    THE COURT:  All right.  What I'm going to do
```

Lisa Marie De Meito, CSR
Official Court Reporter - Council of Judges Administration

1  is I'm going to ask each and every one of you if what I
2  have read out loud in the courtroom is, in fact, your
3  verdict.
4             THE COURT:  Number one, is this your verdict?
09:47AM 5     JUROR NUMBER ONE:  Yes, it is.
6             THE COURT:  Number two, is this your verdict?
7             JUROR NUMBER TWO:  Yes.
8             THE COURT:  Number three, is this your
9  verdict?
09:48AM 10    JUROR NUMBER THREE:  Yes, it is.
11            THE COURT:  Number four?
12            JUROR NUMBER FOUR:  Yes.
13            THE COURT:  Number five?
14            JUROR NUMBER FIVE:  Yes, it is.
09:48AM 15    THE COURT:  Number six?
16            JUROR NUMBER SIX:  Yes, it is, Your Honor.
17            THE COURT:  Number seven?
18            JUROR NUMBER SEVEN:  Yes, it is.
19            THE COURT:  Number eight?
09:48AM 20    JUROR NUMBER EIGHT:  Yes, it is.
21            THE COURT:  Number nine?
22            JUROR NUMBER NINE:  Yes.
23            THE COURT:  Number ten?
24            JUROR NUMBER TEN:  Yes, Your Honor.
09:48AM 25    THE COURT:  Number eleven?

```
 1            JUROR NUMBER ELEVEN:  Yes, it is.
 2            THE COURT:  Number twelve?
 3            JUROR NUMBER TWELVE:  Yes, Your Honor.
 4            THE COURT:  All right.  Your verdict is
 5  accepted.  You are now going to be released from your
 6  service on this jury.
 7            You may take the jury out.
 8            (Jury exits the courtroom)
 9            (Adjourned)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

09:48AM (line 5)

## COURT REPORTER'S CERTIFICATE

THE STATE OF TEXAS )
COUNTY OF EL PASO )

I, LISA MARIE DE MELLO, CSR, RPR, Official Court Reporter in and for the Council of Judges Administration, El Paso County, State of Texas, do hereby certify that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in this volume of the Reporter's Record, in the above-styled and numbered cause, all of which occurred in open court or in chambers and were reported by me.

I further certify that this Reporter's Record of the proceedings truly and correctly reflects the exhibits, if any, admitted by the respective parties.

I further certify that the total cost for the preparation of this Reporter's Record, 5/7/08, is $_^ and was paid/will be paid by _^.

WITNESS MY OFFICIAL HAND this the 14th day of May 2009.

*[signature]*
LISA MARIE DE MELLO, Texas CSR 3313
Expiration Date: 12-31-2009
El Paso County Council of Judges
500 East San Antonio Street, Suite 101
El Paso, Texas  79901
(915) 546-2000 ext. 4352